IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JAMES A. WILLIAMS,

    Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

Case No. 12-cv-802-bbc

CAROLYN W. COLVIN, Acting
Commissioner of Social Security,

    Defendant.

IT IS ORDERED AND ADJUDGED

that judgment is entered denying plaintiff James Williams's motion for summary judgment and affirming the decision of the Commissioner of Social Security.

_____    _____
Peter Oppeneer, Clerk of Court             Date